# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CLARK, et al.,<br><br>    Defendants.<br>_____ / | CASE No.   1:10-cv-01944-AWI-MJS (PC)<br><br>ORDER REQUIRING PAYMENT OF FILING FEE WITHIN 30 DAYS |

Plaintiff Marcus Ruben Ellington is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on October 18, 2010 pursuant to 42 U.S.C. § 1983. On February 13, 2012, the Court issued its order revoking Plaintiff's in forma pauperis status and requiring him to pay the full $350 filing fee within thirty days. (Order Revoking IFP, ECF No. 9.) On February 22, 2012, Plaintiff filed in the United States Court of Appeals for the Ninth Circuit a notice of appeal from the February 13th order. (Notice of Appeal, ECF No. 10.) On August 20, 2012, the Ninth Circuit issued its order and mandate dismissing the appeal for failure to pay the docketing/filing fees. (Order Dismiss. Appeal, ECF No. 16.)

Accordingly, within thirty days of the date of service of this order, Plaintiff shall pay in full the $350.00 filing fee for this action.

**Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

Dated:   August 25, 2012          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE